COURT OF APPEALS

SECOND DISTRICT OF
TEXAS

FORT WORTH

 

NO. 02-10-00218-CR

 

EX PARTE  

 

    

VICKIE
LYNN AUSTIN

 

 

----------

FROM THE 30TH
DISTRICT COURT  OF
WICHITA COUNTY

----------

MEMORANDUM OPINION[1]
AND JUDGMENT

----------

          We have considered appellant’s AMotion
To Dismiss Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No decision of this court having been
delivered before we received this motion, we grant the motion and dismiss the
appeal.  See Tex. R. App. P. 42.2(a), 43.2(f).

                                                                   PER
CURIAM

PANEL: 
GARDNER, WALKER, and MCCOY, JJ.

 

DO NOT PUBLISH

Tex. R. App.
P. 47.2(b)

                                                              

DELIVERED:  August 12, 2010 











[1]See Tex. R. App. P. 47.4.